IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DR. AMANDA COLEMAN**                                                                                          **PLAINTIFF**

**v.**                          **Case No. 3:12-cv-00178-KGB**

**ARKANSAS STATE UNIVERSITY;
HERBERT STROUD, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS
DIRECTOR OF GEOGRAPHY
AND P.R.T. CHAIR;
GLEN JONES, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS
INTERIM VICE CHANCELLOR
AND PROVOST.**                                                                                                   **DEFENDANTS**

## ORDER

Plaintiff Amanda Coleman has filed a notice of dismissal without prejudice (Dkt. No. 12). Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Ms. Coleman has a right to dismiss voluntarily her claims against defendants. For good cause, Ms. Coleman's claims are dismissed without prejudice. Defendants' motion to dismiss is hereby denied as moot (Dkt. No. 9).

IT IS SO ORDERED this 22nd day of January, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE